## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Dr. William P. Gress
                                       Plaintiff,

v.                                                       Case No.: 1:16−cv−08060
                                                             Honorable Thomas M. Durkin

RTO MedResource, LLC, et al.
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 29, 2016:

       MINUTE entry before the Honorable Thomas M. Durkin:Civil case terminated.Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Dr. William P. Gress voluntarily dismisses his individual claims without prejudice and without costs against defendant RTO MedResource, LLC. Plaintiff Dr. William P. Gress voluntarily dismisses his class claims against defendant RTO MedResource, LLC without prejudice and without costs. Plaintiff Dr. William P. Gress voluntarily dismisses his claims against John Does 1−10 without prejudice and without costs. Plaintiff's motion for default is denied as moot. [17]Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.